ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile:  (510) 637-3724
Email: michael.keough@usdoj.gov

*Attorneys for Defendant*

CAITLIN KELLY HENRY (CABN 287949)
1423 Broadway #215
Oakland, California 94612
(510)277-2025
ckh@caitlinkellyhenry.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA LAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Case No. 3:24-CV-06628-TLT<br><br>**JOINT STIPULATION REGARDING DATE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT** |

　　　Pursuant to Civil Local Rule 6-1(a), Plaintiff and Defendant (the "Parties") hereby stipulate to modify the date for Defendant's response to the Complaint from November 22, 2024, to November 27, 2024.  This stipulation will not affect any deadline other than the answer date referenced herein.

　　　IT IS SO STIPULATED.

DATED: November 21, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendant*

/s/ *Caitlin Henry**
CAITLIN HENRY

*Attorney for Plaintiff*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION REGARDING DATE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT
Case No: No. 3:24-CV-06628-TLT

2