UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VICTORIA LAW,<br><br>          Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Defendant. | Case No. 24-cv-06628-YGR (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 33, 34 |

The parties jointly seek an order setting a monthly production schedule in this FOIA action. *See* dkts. 33 & 39. Plaintiff Victoria Law (Law) asks for production of 5,000 pages monthly, *see* dkt. 33 at 2,[1] while defendant Bureau of Prisons (BOP) proposes processing 1,000 pages per month. *Id.* at 5. The Court held hearings on this issue on May 12, 2025, and May 27, 2025, and now orders BOP to process a minimum of 1,000 pages per month. The Court is not persuaded by Law's argument that she's entitled to a production schedule of 5,000 pages; BOP provided ample support for 1,000 pages as an appropriate benchmark, given the scarce resources available.

BOP is further ordered to release responsive records to Law on the last day of every month. Should the last day of the month fall upon a Saturday, Sunday, or legal holiday, BOP is ordered to produce the documents on the next day regular business day. In the event that

---

[1] References to page numbers in this order correspond to the Electronic Case Filing numbers at the top of each page.

BOP processes a minimum of 1,000 pages during a month and finds nothing to produce, BOP must timely notify Law.[2]

Law also seeks production of records in their native format with metadata preserved. Dkt. 34 at 2. BOP responds that this issue is not yet ripe for ruling. *Id.* at 4. The Court agrees with BOP.

As discussed at the May 27, 2025, hearing, the Court is not persuaded that this issue is presently appropriate for ruling. Law represents that she has not reviewed many records and, therefore, would be at a disadvantage in advocating for any specific production format. The government was similarly unable to walk the Court through instructive examples of how records are maintained. Accordingly, the parties are ordered to meet and confer further on this issue as processing and production continue. If disputes remain after thorough meet and confer efforts, then the parties may again raise this issue for the Court in a joint discovery letter. *See* AGT Civil Standing Order § VII.B.

This order dispenses with dkts. 33 and 34.

**IT IS SO ORDERED.**

Dated: May 30, 2025

Alex G. Tse
United States Magistrate Judge

---

[2] In light of the filing date of this order, BOP's obligations begin on June 30, 2025.