Caitlin Kelly Henry, Esq. (SBN #287949)
1440 Broadway #200
Oakland, CA 94612
Telephone: (510)277-2025
Email: ckh@caitlinkellyhenry.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| VICTORIA LAW, <br><br> PLAINTIFF, <br><br> VS. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> DEFENDANT. | CASE NO.: 4:24-CV-06628-YGR <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE** <br><br> HON. YVONNE GONZALEZ ROGERS <br> COURTROOM NUMBER: 1 |

**Notice of Supplemental Evidence**

Plaintiff Victoria Law respectfully submits this notice of supplemental evidence in the above-captioned case in connection with the fully briefed Motion for Partial Judgment on the Pleadings and Declaratory Judgment. *See* Plaintiff's Motion filed August 19, 2025 (*Dkt.* No. 45), Defendant's Opposition filed September 2, 2025 (*Dkt.* No. 47), Plaintiff's Reply filed September 9, 2025 (*Dkt.* No. 48), Defendant's Objection to Reply Evidence filed September 16, 2025 (*Dkt.* No. 49), and Plaintiff's Response to Defendant's Objection filed September 23, 2025 (*Dkt.* No. 50). On September 25, 2025, the Court vacated the September 30, 2025, hearing and advised that the Motion would be decided on the papers or reset as appropriate. (*Dkt.* No. 51, text-only entry.)

1  This supplemental evidence concerns Judge Tse's May 30, 2025, Order requiring BOP to release responsive records to Plaintiff on the last day of every month (*Dkt.* No. 42) and BOP's failure to make the November 2025 release. This evidence bears directly on Plaintiff's request for declaratory relief and the scope of any prospective order.

This new information is offered to update the Court on the status of Defendant's compliance with the May 30, 2025, Order and to assist in the resolution of Plaintiff's pending Motion.

Respectfully submitted,

DATED: December 2, 2025

Signature: ____/s/_____

By: __Caitlin Kelly Henry, Esq._____