CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA LAW,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Case No. 4:24-CV-06628-YGR (AGT)<br><br>**STIPULATION TO MAGISTRATE JUDGE JURISDICTION BY HON. ALEX G. TSE** |

The parties to this action hereby stipulate that, in accordance with the provisions of 28 U.S.C. § 636(c), the parties voluntarily consent to have United States Magistrate Judge Alex G. Tse conduct all further proceedings in this case, including trial and entry of final judgment. The parties understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

The parties understand the Order at Dkt. 66 indicating "[i]f such consent is filed, the conference will be vacated" to mean the February 12, 2026, joint case management statement deadline is also vacated.  If that understanding is incorrect, the parties are prepared to submit a joint case management statement at the Court's direction.

IT IS SO STIPULATED.

DATED: February 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael T. Pyle* *
MICHAEL T. PYLE
Assistant United States Attorney

*Attorneys for Defendant*

/s/ *Caitlin Henry*
CAITLIN HENRY

*Attorney for Plaintiff*

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*